**Sofia ORLOFF, Plaintiff—Appellant,**

v.

**COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION; et al., Defendants—Appellees.**

No. 04–16681.

United States Court of Appeals, Ninth Circuit.

Submitted June 16, 2006.*

Filed June 21, 2006.

Rohlfing Law Firm, Santa Fe Springs, CA, for Plaintiff–Appellant.

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See*

Fed. R.App. P. 34(a)(2).

Nancy M. Lisewski, Social Security Administration Office of the General Counsel, San Francisco, CA, for Defendants–Appellees.

Before: LEAVY and RYMER, Circuit Judges, and MOSKOWITZ,** District Judge.

MEMORANDUM ***

Sofia Orloff appeals the Commissioner's decision to deny her claim for disability benefits under the Social Security Act. She argues that the administrative law judge (ALJ) failed to properly consider the opinions of an examining and a nonexamining physician regarding her alleged mental impairment. Having carefully reviewed the parties' briefing and the record, we agree with Magistrate Judge Goldner's thorough analysis of the issue. We affirm for the reasons stated at pages 14 through 18 of the magistrate judge's decision.

AFFIRMED.

** The Honorable Barry Ted Moskowitz, United States District Judge for the Southern District of California, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.